1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    GLEN HARMER,                              Case No.  4:16-cv-04233-JSW
                    Plaintiff,
8
        v.                                     **ORDER SETTING CASE
9                                              MANAGEMENT CONFERENCE AND
     STEVEN M. THOMAS, et al.,                 REQUIRING JOINT CASE
10                                             MANAGEMENT CONFERENCE
                    Defendants.                STATEMENT**
11

12          TO ALL PARTIES AND COUNSEL OF RECORD:

13          The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby

14   ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management

15   Conference shall be held in this case on October 28, 2016, at 11:00 A.M., in Courtroom 5, 2nd

16   Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

17          Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on

18   any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5.  Following service,

19   plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance

20   with Civil L. R. 5-6(a).

21          The parties shall appear in person through lead counsel to discuss all items referred to in

22   this Order and with authority to enter stipulations, to make admissions and to agree to further

23   scheduling dates.

24          The parties shall file a joint case management statement no later than **five (5) court days**

25   prior to the conference.  The joint case management statement shall address all of the topics set

26   forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint*

27   *Case Management Statement*, which can be found on the Court's website located at

28   http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.   If any one or more of the parties is

United States District Court
Northern District of California

United States District Court
Northern District of California

1  proceeding without counsel, the parties may file separate case management statements.   Separate

2  statements may also address all of the topics set forth in the Standing Order referenced above.

3  Any request to reschedule the date of the conference shall be made in writing, and by stipulation if

4  possible, at least **ten (10) calendar days** before the date of the conference and must be based upon

5  good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the

6  parties shall disclose to the Court the identities of any person, associations, firms, partnerships,

7  corporations or other entities known by the parties to have either (1) financial interest in the

8  subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could

9  be substantially affected by the outcome of the proceeding.  If disclosure of non-party interested

10  entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply

11  reference the pleading or document in which the disclosure was made.  In this regard, counsel are

12  referred to the Court's Recusal Order posted on the Court website at the Judges Information link at

13  http://www.cand.uscourts.gov.

14     **IT IS SO ORDERED**.

15  Dated: July 28, 2016

16  _____

17  JEFFREY S. WHITE
    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2