IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GLEN HARMER,

    Plaintiff,

v.

STEVEN M. THOMAS, ET AL,

    Defendants.

                                /

No. C 16-04233 JSW

**ORDER TO SHOW CAUSE RE LEAD COUNSEL FAILURE TO APPEAR**

By initial order dated July 28, 2016 and reset by order dated October 13, 2016, this Court set the case management conference for March 3, 2017, and required personal appearances by lead counsel for all parties. On Friday, March 3, 2017, this Court held the initial case management conference in this matter. Lead counsel for numerous Defendants did not appear.

Accordingly, Defendants' counsel Peter Hirsig, Paul Brisso, Luann Rutherford, and John Belisle/Jeffrey Ta are HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions in the amount of $250.00 for each lead counsel who failed to appear at the case management conference. Defendants' responses to this Order to Show Cause shall be due by March 13, 2017.

**IT IS SO ORDERED.**

Dated: March 6, 2017

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE