UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN HARMER,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN M. THOMAS, et al.,<br><br>    Defendants. | Case No. 4:16-cv-04233-JSW  (KAW)<br><br>**ORDER REGARDING 6/28/17 JOINT LETTER RE: DEPOSITIONS**<br><br>Re: Dkt. No. 134 |

On June 28, 2017, the parties filed a joint letter brief concerning the upcoming depositions noticed for July 3 and July 5, 2017. (Joint Letter, Dkt. No. 134.)  Therein, Plaintiff complained of certain deponents having to travel more than 100 miles to undergo examination. (Joint Letter at 3.) Plaintiff's counsel further represents that she is unavailable on July 3, 2017. (Joint Letter at 5.)  In light of the recurring scheduling challenges—which is compounded by the fact that there are 14 defendants in this action—all of the defendants have agreed to permit telephonic appearances for all depositions, but Plaintiff has not signed Defendants' proposed stipulation. (Joint Letter at 6.)[1] Defendants further requested that the discovery cut-off date be extended, which was granted by the district court in its referral to the undersigned, such that the deadline to complete discovery is now August 18, 2017. (Dkt. No. 135.)

Upon review of the joint letter, Defendants' request to permit all parties to appear telephonically at all depositions is GRANTED.  In light of the district court's extension of the discovery deadline, the undersigned orders the parties to meet and confer to reschedule the

---

[1] Defendants also complain that Plaintiff failed to appear at the court-ordered mediation on June 12, 2017. (Joint Letter at 5.) This issue, however, is not before the undersigned, and any request for relief related to Plaintiff's non-appearance must be brought before the presiding judge.

depositions set for July 3, 2017, which Plaintiff's counsel is unable to attend, as well as to generally meet and confer regarding the scheduling of all future depositions, as required by Civil Local Rule 30-1 and § 9 of the Northern District's Guidelines for Professional Conduct.

IT IS SO ORDERED.

Dated: June 30, 2017

KANDIS A. WESTMORE
United States Magistrate Judge